# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **M,A, YAH,** | ) | **CASE NO. 8:07CV271** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **DEAN MILLER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff M, A, Yah's motion to extend the time to amend his complaint. (Filing No. 13.) In his motion, Plaintiff states that he is currently incarcerated in a facility which does not have a law library and he therefore cannot conduct the research necessary for amending his complaint. (*Id.*) Due to his scheduled hearings, Plaintiff requests an extension through January 2008. The court finds that Plaintiff has shown good cause for the requested extension.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to extend the time to amend his complaint (Filing No. 13) is granted. Plaintiff shall have until January 15, 2008, in which to file an amended complaint in accordance with this court's previous orders; and

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: January 15, 2008: Deadline for Plaintiff to file amended complaint.

3. Plaintiff is reminded that he remains responsible for the entire $350.00 filing fee in this matter. The Clerk of the court is directed to send a copy of the court's previous orders regarding the filing fee (Filing Nos. 7 and 10) to the appropriate official at the Plaintiff's institution.

DATED this 5th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge