IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M,A, YAH, | ) | 8:07CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DEAN MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On April 29, 2008, the court permitted Plaintiff an additional 30 days in which to file an amended complaint in accordance with the court's previous Memorandum and Order. (Filing No. 20.) Plaintiff has been warned that "**[n]o additional extensions of time will be permitted**," (*id.* at CM/ECF p. 2), and that failure to file an amended complaint would result in dismissal of this action "without further notice." (Filing No. 11 at CM/ECF p. 6.) Plaintiff has not filed an amended complaint or any other response to the court's April 29, 2008, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Clerk of the court shall place the "28USC1915(g)_STR" flag on this matter; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 17th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge